## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **In re: Lion Air Flight JT 610 Crash**<br><br>Ansori, individually, Susmawati, individually, and Ari Priawanda, individually, and as Co-Special Administrators and Personal Representatives of the heirs of Witaseriani, Deceased, and K.A.D.G., a minor child, Deceased.<br><br>*Plaintiffs,*<br><br>v.<br><br>THE BOEING COMPANY, a corporation, *et al.*<br><br>*Defendants.* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Lead Case No.:<br>1:18-cv-07686<br><br>Original Case No.:<br>19-cv-1552<br>19-cv-2919<br><br><br><br>Honorable Thomas M. Durkin |

## ORDER APPROVING JOINT STIPULATION
## OF DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT

The Court having reviewed the parties' JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT finds that settlement has been reached by the parties.

IT IS THEREFORE HEREBY ORDERED:

1.      This fully resolves all claims of Plaintiffs Ansori, Susmawati, and Ari Priawanda, individually, and in their capacity as Co-Special Administrators and

Personal Representatives of the heirs of Witaseriani, Deceased, and, K.A.D.G., a minor, Deceased, originally filed in case number 19-cv-2919 and later consolidated and merged with case number 19-cv-1552, and reassigned to this Court under lead case number 18-cv-7686.

2.    Plaintiffs' claims are dismissed in their entirety with prejudice and without costs as to all Defendants. The claims of all other Plaintiffs in case numbers 19-cv-1552 and 18-cv-7686 are unaffected by this order; and,

3.    The Court retains jurisdiction to effectuate settlement, including enforcement, adjudication of liens, approval where necessary, and any other pendent settlement matters.

DATED: 11/9/2021          ENTERED:

_____
Hon. Thomas M. Durkin